STATE of Missouri, Respondent,

v.

**Michael A. CUEZZE, Appellant.**

**No. WD 34923.**

Missouri Court of Appeals,
Western District.

March 27, 1984.

Joseph H. Locascio, Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen. (Argued), Kansas City, for respondent.

Before PRITCHARD, P.J., and MANFORD and NUGENT, JJ.

### ORDER

PER CURIAM.

Appeal from jury conviction of first degree robbery, § 569.020, R.S.Mo.1978, and sentence of ten years' imprisonment. Judgment affirmed. Rule 30.25(b).

**Carl E. WILSON, Appellant,**

v.

**Helen J. WILSON, Respondent.**

**No. WD 35,047.**

Missouri Court of Appeals,
Western District.

March 27, 1984.

Jack A. Lewis by Marc D. Cleavinger, North Kansas City, for appellant.

John J. McFadden, Jr., Kodas, Reed & McFadden, P.C., Kansas City, for respondent.

Before TURNAGE, C.J., and MANFORD and LOWENSTEIN, JJ.

### ORDER

PER CURIAM.

Appeal from order increasing maintenance award to former wife. Judgment affirmed. No jurisprudential purpose would be served by a written opinion and the judgment is affirmed in compliance with Rule 84.16(b).